**Order entered September 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01099-CR

**ANTOINE DOMINIC POWELL II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75327-P**

## ORDER

Before the Court is the State's August 28, 2020 second motion for extension of the time to file the State's brief. The State has tendered its brief for filing. We **GRANT** the State's motion and **ORDER** the State's brief filed as of the date of this order.

/s/    LANA MYERS
JUSTICE